# United States Bankruptcy Court
## Southern District of New York

In re   **Ronald Martin Wilson**　　　　　　　　　　　　　　　　Case No.　_____
　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　Chapter　  **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **March 11, 2019**　　　　　　　　　　　　/s/ **Ronald Martin Wilson**
　　　　　　　　　　　　　　　　　　　　　　　　**Ronald Martin Wilson**
　　　　　　　　　　　　　　　　　　　　　　　　Signature of Debtor

.

```
AMERICAN EXPRESS
200 VESEY STREET
NEW YORK, NY 10285


CAPITAL ONE VISA
P.O. BOX 30285
SALT LAKE CITY, UT 84130


CHASE SAPPHIRE
PO BOX 15298
WILMINGTON, DE 19850


CHASE VISA
P.O. BOX 15298
WILMINGTON, DE 19850


CITI PREFERRED
PO BOX 6500
SIOUX FALLS, SD 57117


COMENITY BANK/JCREW
PO BOX 182789
COLUMBUS, OH 43218


SYNCHRONY BANK/BANANA REP.
PO BOX 965005
ORLANDO, FL 32896
```